**No. 10-6261. Amos Rico Bowers, Jr., Petitioner v. S. L. Burt, Warden, et al.**

562 U.S. 973, 131 S. Ct. 488, 178 L. Ed. 2d 309, 2010 U.S. LEXIS 7976.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6264. Harry Orlando-Papias, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 488, 178 L. Ed. 2d 309, 2010 U.S. LEXIS 8101.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 382 Fed. Appx. 565.

**No. 10-6265. Juan Angel Osorio-Funez, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 488, 178 L. Ed. 2d 309, 2010 U.S. LEXIS 7904.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 382 Fed. Appx. 573.

**No. 10-6269. Randall Treadwell, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 488, 178 L. Ed. 2d 309, 2010 U.S. LEXIS 7902.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 593 F.3d 990.

**No. 10-6271. Julian Solorio-Valdez, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 489, 178 L. Ed. 2d 309, 2010 U.S. LEXIS 7909.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 576.

**No. 10-6284. Barron Lecour Borden, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 489, 178 L. Ed. 2d 309, 2010 U.S. LEXIS 7882.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 386 Fed. Appx. 464.

**No. 10-6287. Dennis Lemke, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 489, 178 L. Ed. 2d 309, 2010 U.S. LEXIS 7867.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 377 Fed. Appx. 570.

**No. 10-6288. Michael Luong, Petitioner v. United States.**

562 U.S. 973, 131 S. Ct. 489, 178 L. Ed. 2d 309, 2010 U.S. LEXIS 7870.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.